CA 05-883

RECEIVED
SCI Business Office

NOV 3 0 2005

## INMATE ACCOUNT STATEMENT

TO: Inmate Name: PERKINS   DWIGHT   W. H.
                  (Last)       (First)      (M.I.)

SBI Number: 229328
Housing Unit: MSB

FR: Inmate Account Technician

DA:

RE: Summary Of Account

..........................................................

Attached is your account statement for the six month period of 06-01, 2005 through 11-30, 2005.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ 3.86.

Attachment

_(signature)_
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007

Printed: 11/30/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 1 of 4

SBI: 00229328     NAME:   PERKINS, DWIGHT W J

| Date | Balance |
|---|---|
| 06/01/2005 | $26.68 |
| 06/02/2005 | $26.68 |
| 06/03/2005 | $0.39 |
| 06/04/2005 | $0.39 |
| 06/05/2005 | $0.39 |
| 06/06/2005 | $0.39 |
| 06/07/2005 | $0.39 |
| 06/08/2005 | $0.39 |
| 06/09/2005 | $0.39 |
| 06/10/2005 | $0.39 |
| 06/11/2005 | $0.39 |
| 06/12/2005 | $0.39 |
| 06/13/2005 | $0.39 |
| 06/14/2005 | $30.39 |
| 06/15/2005 | $30.39 |
| 06/16/2005 | $30.39 |
| 06/17/2005 | $0.27 |
| 06/18/2005 | $0.27 |
| 06/19/2005 | $0.27 |
| 06/20/2005 | $0.27 |
| 06/21/2005 | $0.27 |
| 06/22/2005 | $0.27 |
| 06/23/2005 | $15.27 |
| 06/24/2005 | $0.33 |
| 06/25/2005 | $0.33 |
| 06/26/2005 | $0.33 |
| 06/27/2005 | $0.33 |
| 06/28/2005 | $0.10 |
| 06/29/2005 | $0.10 |
| 06/30/2005 | $0.10 |
| 07/01/2005 | $0.10 |
| 07/02/2005 | $0.10 |
| 07/03/2005 | $0.10 |
| 07/04/2005 | $0.10 |
| 07/05/2005 | $0.10 |
| 07/06/2005 | $0.10 |
| 07/07/2005 | $0.10 |
| 07/08/2005 | $0.10 |
| 07/09/2005 | $0.10 |
| 07/10/2005 | $0.10 |
| 07/11/2005 | $0.10 |
| 07/12/2005 | $0.10 |
| 07/13/2005 | $0.10 |
| 07/14/2005 | $0.10 |
| 07/15/2005 | $0.10 |
| 07/16/2005 | $0.10 |
| 07/17/2005 | $0.10 |
| 07/18/2005 | $0.10 |



05-883

FILED
DEC 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 11/30/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00229328          NAME:    PERKINS, DWIGHT W J

| Date | Balance |
|---|---|
| 07/19/2005 | $0.10 |
| 07/20/2005 | $0.10 |
| 07/21/2005 | $0.10 |
| 07/22/2005 | $0.10 |
| 07/23/2005 | $0.10 |
| 07/24/2005 | $0.10 |
| 07/25/2005 | $0.10 |
| 07/26/2005 | $0.00 |
| 07/27/2005 | $0.00 |
| 07/28/2005 | $0.00 |
| 07/29/2005 | $0.00 |
| 07/30/2005 | $0.00 |
| 07/31/2005 | $0.00 |
| 08/01/2005 | $0.00 |
| 08/02/2005 | $0.00 |
| 08/03/2005 | $0.00 |
| 08/04/2005 | $0.00 |
| 08/05/2005 | $0.00 |
| 08/06/2005 | $0.00 |
| 08/07/2005 | $0.00 |
| 08/08/2005 | $6.10 |
| 08/09/2005 | $6.10 |
| 08/10/2005 | $6.10 |
| 08/11/2005 | $6.10 |
| 08/12/2005 | $6.10 |
| 08/13/2005 | $6.10 |
| 08/14/2005 | $6.10 |
| 08/15/2005 | $6.10 |
| 08/16/2005 | $6.10 |
| 08/17/2005 | $6.10 |
| 08/18/2005 | $6.10 |
| 08/19/2005 | $6.10 |
| 08/20/2005 | $6.10 |
| 08/21/2005 | $6.10 |
| 08/22/2005 | $6.10 |
| 08/23/2005 | $6.10 |
| 08/24/2005 | $6.10 |
| 08/25/2005 | $6.10 |
| 08/26/2005 | $6.10 |
| 08/27/2005 | $6.10 |
| 08/28/2005 | $6.10 |
| 08/29/2005 | $0.00 |
| 08/30/2005 | $0.00 |
| 08/31/2005 | $0.00 |
| 09/01/2005 | $0.00 |
| 09/02/2005 | $0.00 |
| 09/03/2005 | $0.00 |
| 09/04/2005 | $0.00 |

Printed: 11/30/2005     Page 3 of 4

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00229328     NAME: PERKINS, DWIGHT W J

| Date | Balance |
|---|---|
| 09/05/2005 | $0.00 |
| 09/06/2005 | $0.00 |
| 09/07/2005 | $0.00 |
| 09/08/2005 | $0.00 |
| 09/09/2005 | $0.00 |
| 09/10/2005 | $0.00 |
| 09/11/2005 | $0.00 |
| 09/12/2005 | $0.00 |
| 09/13/2005 | $0.00 |
| 09/14/2005 | $0.00 |
| 09/15/2005 | $0.00 |
| 09/16/2005 | $0.00 |
| 09/17/2005 | $0.00 |
| 09/18/2005 | $0.00 |
| 09/19/2005 | $0.00 |
| 09/20/2005 | $20.00 |
| 09/21/2005 | $20.00 |
| 09/22/2005 | $20.00 |
| 09/23/2005 | $9.05 |
| 09/24/2005 | $9.05 |
| 09/25/2005 | $9.05 |
| 09/26/2005 | $9.05 |
| 09/27/2005 | $0.00 |
| 09/28/2005 | $0.00 |
| 09/29/2005 | $0.00 |
| 09/30/2005 | $0.00 |
| 10/01/2005 | $0.00 |
| 10/02/2005 | $0.00 |
| 10/03/2005 | $0.00 |
| 10/04/2005 | $0.00 |
| 10/05/2005 | $0.00 |
| 10/06/2005 | $0.00 |
| 10/07/2005 | $0.00 |
| 10/08/2005 | $0.00 |
| 10/09/2005 | $0.00 |
| 10/10/2005 | $0.00 |
| 10/11/2005 | $0.00 |
| 10/12/2005 | $30.00 |
| 10/13/2005 | $5.69 |
| 10/14/2005 | $5.69 |
| 10/15/2005 | $5.69 |
| 10/16/2005 | $5.69 |
| 10/17/2005 | $5.69 |
| 10/18/2005 | $5.69 |
| 10/19/2005 | $5.69 |
| 10/20/2005 | $5.69 |
| 10/21/2005 | $5.69 |
| 10/22/2005 | $5.69 |

Printed: 11/30/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

SBI: 00229328        NAME:    PERKINS, DWIGHT W J

| Date | Balance |
|---|---|
| 10/23/2005 | $5.69 |
| 10/24/2005 | $5.69 |
| 10/25/2005 | $5.69 |
| 10/26/2005 | $5.69 |
| 10/27/2005 | $0.00 |
| 10/28/2005 | $0.00 |
| 10/29/2005 | $0.00 |
| 10/30/2005 | $0.00 |
| 10/31/2005 | $0.00 |
| 11/01/2005 | $0.00 |
| 11/02/2005 | $0.00 |
| 11/03/2005 | $0.00 |
| 11/04/2005 | $0.00 |
| 11/05/2005 | $0.00 |
| 11/06/2005 | $0.00 |
| 11/07/2005 | $0.00 |
| 11/08/2005 | $20.00 |
| 11/09/2005 | $20.00 |
| 11/10/2005 | $4.02 |
| 11/11/2005 | $4.02 |
| 11/12/2005 | $4.02 |
| 11/13/2005 | $4.02 |
| 11/14/2005 | $4.02 |
| 11/15/2005 | $4.02 |
| 11/16/2005 | $4.02 |
| 11/17/2005 | $4.02 |
| 11/18/2005 | $4.02 |
| 11/19/2005 | $4.02 |
| 11/20/2005 | $4.02 |
| 11/21/2005 | $4.02 |
| 11/22/2005 | $4.02 |
| 11/23/2005 | $4.02 |
| 11/24/2005 | $4.02 |
| 11/25/2005 | $4.02 |
| 11/26/2005 | $4.02 |
| 11/27/2005 | $4.02 |
| 11/28/2005 | $34.02 |
| 11/29/2005 | $28.46 |
| 11/30/2005 | $28.46 |

Summary for 'SBI' = 00229328 (183 detail records)                    Average Daily Balance:    $3.86

# Prior Month -- Individual Statement

Date Printed: 11/30/2005                                                          Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $26.68 |
|---|---|---|---|---|---|---|
| 00229328 | PERKINS | DWIGHT | W | J | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/3/2005 | ($26.29) | $0.00 | $0.00 | $0.00 | $0.39 |
| Mail MO | MARSHA CAREY | 6/14/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.39 |
| Commissary | | 6/17/2005 | ($30.12) | $0.00 | $0.00 | $0.00 | $0.27 |
| Visit MO | MARSHA CAREY | 6/23/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $15.27 |
| Commissary | | 6/24/2005 | ($14.94) | $0.00 | $0.00 | $0.00 | $0.33 |
| Postage | | 6/28/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $0.10 |
| Postage | | 6/29/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $0.10 |
| | | | | | Ending Mth Balance: | | $0.10 |

## Prior Month -- Individual Statement

Date Printed: 11/30/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.10 |
|---|---|---|---|---|---|---|
| 00229328 | PERKINS | DWIGHT | W | J | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Com | | 7/8/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $0.10 |
| Copies | | 7/13/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $0.10 |
| Postage | | 7/20/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.10 |
| Copies | | 7/20/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $0.10 |
| Copies | | 7/20/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $0.10 |
| Postage | | 7/22/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.10 |
| Postage | | 7/22/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.10 |
| Postage | | 7/22/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $0.10 |
| Medical | | 7/26/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.10 |
| Medical | | 7/26/2005 | ($0.10) | ($3.90) | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 11/30/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00229328 | PERKINS | DWIGHT | W | J | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 8/8/2005 | ($3.90) | $0.00 | $0.00 | $0.00 | ($3.90) |
| Mail MO | MARSHA CAREY | 8/8/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $6.10 |
| Postage-Com | | 8/8/2005 | $0.00 | $0.00 | ($1.99) | $0.00 | $6.10 |
| Copies | | 8/24/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $6.10 |
| Postage | | 8/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $5.87 |
| Postage-Com | | 8/29/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $4.27 |
| Postage-Com | | 8/29/2005 | ($1.99) | $0.00 | $0.00 | $0.00 | $2.28 |
| Copies | | 8/29/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $2.03 |
| Copies | | 8/29/2005 | ($0.38) | $0.00 | ($1.37) | $0.00 | $1.65 |
| Copies | | 8/29/2005 | ($1.25) | $0.00 | $0.00 | $0.00 | $0.40 |
| Postage | | 8/29/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $0.00 |
| Copies | | 8/30/2005 | $0.00 | $0.00 | ($2.29) | $0.00 | $0.00 |
| Copies | | 8/30/2005 | $0.00 | $0.00 | ($0.75) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 11/30/2005                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00229328 | PERKINS | DWIGHT | W | J | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Copies | | 9/12/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $0.00 |
| Postage | | 9/12/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $0.00 |
| Mail MO | TIMOTHY ? | 9/20/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Commissary | | 9/23/2005 | ($10.95) | $0.00 | $0.00 | $0.00 | $9.05 |
| Postage-Com | | 9/27/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $9.05 |
| Copies | | 9/27/2005 | ($2.29) | $0.00 | $0.00 | $0.00 | $6.76 |
| Copies | | 9/27/2005 | ($0.75) | $0.00 | $0.00 | $0.00 | $6.01 |
| Copies | | 9/27/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $4.26 |
| Postage | | 9/27/2005 | ($0.69) | $0.00 | $0.00 | $0.00 | $3.57 |
| Copies | | 9/27/2005 | ($1.37) | $0.00 | $0.00 | $0.00 | $2.20 |
| Postage | | 9/27/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $1.80 |
| Postage | | 9/27/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $1.40 |
| Postage | | 9/27/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $1.00 |
| Copies | | 9/27/2005 | ($1.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 11/30/2005            Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00229328 | PERKINS | DWIGHT | W | J | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 10/7/2005 | $0.00 | $0.00 | ($2.44) | $0.00 | $0.00 |
| Postage-Com | | 10/7/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $0.00 |
| Mail MO | MARSHA CAREY | 10/12/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 |
| Commissary | | 10/13/2005 | ($24.31) | $0.00 | $0.00 | $0.00 | $5.69 |
| Postage | | 10/27/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | $5.69 |
| Postage | | 10/27/2005 | ($2.44) | $0.00 | $0.00 | $0.00 | $3.25 |
| Postage-Com | | 10/27/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $1.65 |
| Postage-Com | | 10/27/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $0.05 |
| Postage | | 10/27/2005 | ($0.05) | $0.00 | ($0.55) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |



## Current Month -- Individual Statement

Date Printed: 11/30/2005      Page 1 of 1

### For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00229328 | PERKINS | DWIGHT | W | J | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 11/7/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $0.00 |
| Postage | | 11/7/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $0.00 |
| Postage | | 11/7/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $0.00 |
| Mail MO | MARSHA CAREY | 11/8/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Postage-Com | | 11/8/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $20.00 |
| Postage | | 11/9/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $20.00 |
| Postage | | 11/9/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $20.00 |
| Commissary | | 11/10/2005 | ($15.98) | $0.00 | $0.00 | $0.00 | $4.02 |
| Postage | | 11/14/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | $4.02 |
| Postage | | 11/23/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $4.02 |
| Postage | | 11/23/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $4.02 |
| Postage | | 11/28/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $4.02 |
| Mail MO | M. PERKINS | 11/28/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $34.02 |
| Postage | | 11/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $33.79 |
| Postage | | 11/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $33.56 |
| Postage | | 11/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $33.33 |
| Postage-Com | | 11/29/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $31.73 |
| Postage | | 11/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $31.50 |
| Postage | | 11/29/2005 | ($0.63) | $0.00 | $0.00 | $0.00 | $30.87 |
| Postage | | 11/29/2005 | ($0.55) | $0.00 | $0.00 | $0.00 | $30.32 |
| Postage | | 11/29/2005 | ($0.37) | $0.00 | $0.00 | $0.00 | $29.95 |
| Postage | | 11/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $29.72 |
| Postage | | 11/29/2005 | ($0.63) | $0.00 | $0.00 | $0.00 | $29.09 |
| Postage | | 11/29/2005 | ($0.63) | $0.00 | $0.00 | $0.00 | $28.46 |
| Copies | | 11/30/2005 | $0.00 | $0.00 | ($1.50) | $0.00 | $28.46 |

**Ending Mth Balance:**    $28.46

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.50)