Dwight W. H. Perkins, Jr.
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE. 19947

Jan. 22, 2006

The Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570



RE: Civil Action No. 05-883-SLR

Dear Judge Robinson:

Due to the lack of time that I have I am writing to inform you that inspite of the above captioned case the Superior Court continues to try to move forward without addressing the issues that are in violation of my constitutional rights.

The court has further violated my constitutional rights by taking the Pro-se status that was granted to me and has reappointed the defense counsel that I complained of and fired to representme.

The court is attempting to disregard several motions that are relevant to my case by refusing to acknowledge these motions that were filed Pro-se and has deemed those motions moot without entertaining them.

Please look into this matter and address it as you deem nelessary. Thank you for your time and your cooperation is greatly appreciated.

P.S. The trial date has been set for January 30th 2006 and it seems as if the court continues to proceed as if no issues have been raised.

Respectfully submitted,

Dwight W. H. Perkins Jr.

Dwight W. H. Perkins, Jr.

I/M: Dwight H. Perkins  BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

ATTN: THE HONORABLE JUDGE Sue L. Robinson
UNITED STATES DISTRICT COURT
844 N. KING STREET, Lock Box 18
Wilmington, Delaware
19801-3570