United States District Court

For the District of Delaware



RECEIVED
JAN 2 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05-883 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

05-883-S42

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LOREN MEYERS
   DEPUTY ATTORNEY GENERAL
   DEPARTMENT OF JUSTICE
   820 N. FRENCH STREET
   WILMINGTON, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Chris J Sunk    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)
Chris J Slappys

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0004 3169 5117

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540