THE HONORABLE SUE L ROBINSON
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE. 19801-3570

February 4, 2006

RE: 1:05-cv-00883-SLR PERKINS V. KEARNEY et. al

Dear Judge Robinson:

I wrote to you previously to explain that my court proceedings continued inspite of the captioned case above.

Your Honor, I was coerced into taking a plea bargain on Jan. 25, 2006. The events that lead up to this action stem from the December 19, 2005 decision of Superior Court Judge Robert Young who reconsidered his decision to allow me to represent myself as a Pro-Se litigant and reappointed the defense attorney that I fired do to a conflict of interest which was and is a ground in the current Habeas Corpus before this honorable court.

Your Honor, I sought the assistance of this United States District Court to avoid being forced to be in a position that has resulted in myself pleading to a 16 year sentence to avoid being sentenced to a life sentence that would of resulted from being represented by the defense attorney reappointed by the Superior Court.

Please investigate into this further and advise me as you deem necessary.

Respectfully Submitted,
Dwight W.H. Perkins Jr.
DWIGHT W.H. PERKINS Sr.



RECEIVED
FEB -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 FEB -7 PM 5:08
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

I/M: Dwight Dickens  BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

THE Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570