Dwight W. H. Perkins Jr.
S.C.I
P.O. Box 500
Georgetown, DE. 19947

March 3, 2006

The Honorable Judge Sue L. Robinson
United State District Court
844 N. King Street, Lock Box 18
Wilmington, De. 19801-3520



RE: Perkins v. Kearney et al Civil Action No.# 05-883-SLR

Dear Judge Robinson;

As you are aware I wrote to you in reference to the State forcing me to take a plea. I have appealed that plea based on the involuntarily nature of the plea agreement.

I have enclosed the letter to Judge Witham as well as a copy of the plea agreement.

What is the status of my Habeas Corpus. I haven't heard from the court on whether the Respondent's replied with in the (45) days specified. Please give me an update. Thank you for your time.

Respectfully Submitted,
Dwight Perkins Jr.

# TRUTH-IN-SENTENCING GUILTY PLEA FORM
## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR _____ COUNTY

STATE OF DELAWARE ) ID: _____
v. _____ )
_____ ) CRA: _____

*The defendant must answer the following questions in his or her own handwriting.*

Date of Birth _____    Last grade in school completed _____

| | Yes | No |
|---|---|---|
| Have you ever been a patient in a mental hospital? | ☐ | ☒ |
| Are you under the influence of alcohol or drugs at this time? | ☐ | ☒ |
| Have you freely and voluntarily decided to plead guilty to the charges listed in your written plea agreement? | ☒ | ☐ |
| Have you been promised anything that is not stated in your written plea agreement? | ☐ | ☒ |
| Has your attorney, the State, or anyone threatened or forced you to enter this plea? | ☐ | ☒ |

Do you understand that because you are pleading guilty you will not have a trial, and you therefore waive (give up) your constitutional right:
(1) to be **presumed innocent** until the State can prove each and every part of the charge(s) against you beyond a reasonable doubt;
(2) to a **speedy and public trial**;
(3) to **trial by jury**;
(4) to **hear and question the witnesses** against you;
(5) to **present evidence** in your defense;
(6) to **testify** or not testify yourself; and,
(7) to **appeal** to a higher court?                               ☒ Yes  ☐ No

| OFFENSE | STATUTORY PENALTY | | TIS GUIDELINE |
|---|---|---|---|
| | Incarceration | Amount of Fine (range if applicable) | |
| _____ | 0-5 yrs | D/S/C | |
| _____ | 3-L E | D/S/C | |
| _____ | 2-25 yrs | D/S/C | 3 yr minimum |

**TOTAL CONSECUTIVE MAXIMUM PENALTY:**  Incarceration: _____    Fine: D/S/C

NON-CITIZENS: Conviction of a criminal offense may result in deportation, exclusion from the United States, or denial of naturalization.

| | Yes | No |
|---|---|---|
| Do you understand that, if incarcerated, you will not be eligible for parole, and the amount of early release credits which you may earn will be limited to a maximum of ninety (90) days per year? | ☒ | ☐ |
| Is there a **minimum mandatory penalty**? | ☒ | ☐ |
| If so, what is it? 3 yrs | | |
| Is there a **mandatory revocation of driver's license or privileges** for this offense or as a result of your plea? | ☐ | ☒ |
| If so, what is the **length of revocation**? _____ years | | |
| Has anyone promised you what your sentence will be? | ☐ | ☒ |
| Were you on **probation or parole** at the time of this offense? (A guilty plea may constitute a violation.) | ☒ | ☐ |
| Do you understand that a guilty plea to a felony will cause you to **lose your right to vote, to be a juror, to hold public office,** and other **civil rights**? | ☐ | ☐ |
| Have you been advised that this is an offense which results in the loss of the **right to own or possess a deadly weapon**? | ☐ | ☐ |
| Have you been advised that this is an offense which requires **registration as a sex offender**? | ☐ | ☒ |
| Are you satisfied with your lawyer's representation of you and that your lawyer has **fully advised you of your rights** and of your guilty plea? | ☐ | ☒ |
| Have you read and understood all the information contained in this form? | ☒ | ☐ |

_____        _____        _____
Defense Counsel         Date              Defendant

Print name: _____    Print name: _____

Copies: Superior Court, Attorney General, Attorney for Defendant, Defendant     Document No.: 02-03-10-00-05-01 (Rev. 03/09/00)

Dwight W.H. Perkins, Sr.
S.C.I
P.O. Box 500
Georgetown, De. 19947

February 28, 2006

Re: Perkins v. State ID. #0407018106

The Honorable William L. Witham, Jr.
Superior Court
38 The Green
Dover, DE- 19901

Dear Judge Witham:

As you are aware I was brought before you on January 25, 2006 on a Plea Agreement Hearing. During this hearing you asked me the questions on the T.I.S. Guilty Plea Form as required by law. You asked me why I checked yes after checking no to the question of have I freely and voluntarily take the Plea. I checked no because the Plea Agreement was forced upon me by the State, and when I changed my answer it was because I was told that if I answered no you wouldn't accept this agreement as I was and that you could sentence me to life instead. The question of was I satisfied with the lawyer's representation was also changed for the same reasons. The record clearly shows that I've had a conflict of interest with Ms. Analfitano throughout the entire process.

What your not aware of is that on December 19, 2006 the Honorable Judge Robert Young withdrew my Pro-Se status and forced me to go to trial with Ms. Analfitano whom I fired.

That played a major part in my being forced into this Plea Agreement as well. Check the record and it will verify all that I've said. I have appeal the voluntary nature of this Plea and would like to withdraw this Plea.

Respectfully Submitted,
Dwight W.H. Perkins Jr.

I/M: Dwight Perkins    BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

THE HONORABLE JUDGE Sue L. Robinson
UNITED STATES DISTRICT COURT
844 N. King Street, Lock Box 18
Wilmington, De
                    19801-3570