IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DWIGHT W.H. PERKINS, JR.,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-883-SLR |
| | : | |
| **RICHARD KEARNEY**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Brief under Rule 26(c)  (No. 42, 2005)

    b. State's Response to Rule 26(c) brief (No. 42, 2005)

    c. Order (Feb. 22, 2005) (No. 42, 2005)

    d. Order (Aug. 16, 2005) (No. 42, 2005)

    e. Petition for a Writ of Mandamus (No. 419, 2005)

    f. State's Answer (No. 419, 2005)

    g. Order (November 9, 2005) (No. 419, 2005)

    h. Revised Order (December 28, 205) (No. 419, 2005).

2. Notice is also hereby given that certified copies of the Delaware Superior Court Criminal Dockets in ID Nos. 9909007207A and 0407018106 have been manually filed with the Court and are available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

April 24, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on April 24, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Dwight W.H. Perkins, Jr.
    SBI No. 229328
    Sussex Correctional Institution
    P.O. Box 500
    Georgetown, DE 19947

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us