Re: Civial Act. No. 05-883-SLR May 25, 2006

Clerk of the District Court:

Please forward the enclosed copy to the Respondents.
Thank you for your cooperation in this matter.

Dwight Perkins Jr
Dwight w.H. Perkins SR
S.C.I.
P.O. Box 500
Georgetown, De 19947

FILED

MAY 30 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO Scanned