☐ ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DWIGHT W. H. PERKINS, JR.,         *
          PETITIONER,              *
                                   *
                                   *
     vs.                           *    CASE NO.# 05-883-SLR
                                   *
                                   *
RICHARD KEARNEY,                   *
WARDEN, and CARL C. DANBERG,       *
ATTORNEY GENERAL FOR THE STATE OF DELAWARE, *
          RESPONDENTS.             *



MOTION TO VOLUNTARILY WITHDRAW
PETITION FOR WRIT OF HABEAS CORPUS
WITHOUT PREJUDICE

COMES NOW, THE PETITIONER, PRO-SE AND MOVES THIS HONORABLE COURT TO DISMISS PETITIONER'S WRIT OF HABEAS CORPUS WITHOUT PREJUDICE. THE PETITIONER ASSERTS THE FOLLOWING:

(1) PETITIONER WISHES TO VOLUNTARILY WITHDRAW HIS PETITION WITHOUT PREJUDICE TO EXHAUST ALL AVAILABLE REMEDIES IN STATE COURT.

FOR THE FOREGOING REASON THE PETITION FOR A WRIT OF HABEAS CORPUS SHOULD BE WITHDRAWN WITHOUT PREJUDICE.

DWIGHT PERKINS, JR PRO. SE
S.C.I. P.O. BOX 500

DATED 5/25/06                              GEORGETOWN, DE. 19947

## CERTIFICATE OF SERVICE

I, DWIGHT W. H. PERKINS, JR., HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION UPON THE FOLLOWING PARTY ON THIS 25th day of May, 2006.

TO: CARL C. DANBERG
ATTORNEY GENERAL'S OFFICE
DEPARTMENT OF JUSTICE
102. W. WATER St.
DOVER, De. 19901

DATE: 5/25/06

_(signed)_ DWIGHT W. H. PERKINS, JR.,

I/M: Dwight Perkins Jr  BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1096  U.S. POSTAGE  PB 2230370
7933  $00.630      MAY 26 06
6402  FROM ZIP CODE  19947

United States District Court

Lock Box 18

844 King Street  U.S. Courthouse

Wilmington, De        19801

U.S.M.S
X-RAY