🗋 ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DWIGHT. W. H. PERKINS, JR.,         *

    PETITIONER,         *

                    *

    VS.         *    CASE NO. #05-883-SLR

                    *

RICHARD KEARNEY,         *

WARDEN. AND CARL C. DANBERG,         *

ATTORNEY GENERAL FOR THE STATE OF DELAWARE,         *

    RESPONDENTS.         *

<u>NOTICE OF MOTION</u>



FILED

MAY 30 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO Scanned

TO: CARL C. DANBERG, ESQUIRE

ATTORNEY GENERAL'S OFFICE

DEPARTMENT OF JUSTICE

102 W. WATER ST.

DOVER, DE. 19901

    PLEASE TAKE NOTICE THE ATTACHED MOTION WILL BE PRESENTED TO THIS

HONORABLE COURT.

                              _Dwight wH. Perk—Jr_

                              DWIGHT W. H. PERKINS, JR., PRO-SE,

                              S.C.I

                              P.O. BOX 500

DATED: 5/25/06         GEORGETOWN, DE. 19947