IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DWIGHT W.H. PERKINS, JR., | ) |
|        Petitioner, | ) ) ) |
| v. | ) ) Civ. No. 05-883-SLR |
| RICHARD KEARNEY, Warden, and CARL C. DANBERG, Attorney General for the State of Delaware, | ) ) ) ) ) ) |
|        Respondents. | ) |

**ORDER OF DISMISSAL**

At Wilmington this 6th day of June, 2006;

IT IS ORDERED that:

Petitioner Dwight W.H. Perkins, Jr.'s motion for voluntary dismissal of his § 2254 application is GRANTED, and the above-captioned matter is DISMISSED without prejudice. (D.I. 21); See Fed. R. Civ. P. 41(a)(2).

Petitioner filed the instant motion after respondents filed an answer to his habeas application. The answer explains that petitioner's application should be dismissed without prejudice because it contains both exhausted and unexhausted claims. (D.I. 17) Respondents also filed an answer to the motion consenting to the dismissal of the application without prejudice. (D.I. 22) Accordingly, the court directs the clerk to close the case.

                                                                                        /s/ Sue L. Robinson
                                                         UNITED STATES DISTRICT JUDGE